UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| In re: | § | Case No. 08-03111 |
|---|---|---|
| JONES, DOROTHY | § | |
| | § | |
| | § | |
| Debtors | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter ___ of the United States Bankruptcy Code on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

    Funds were disbursed in the following amounts:

    Administrative expenses
    Payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor

    Leaving a balance on hand of           $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was ___. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any

claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $             . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $             . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $     , and now requests reimbursement for expenses of $     , for total expenses of $      .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____      By:/s/RONALD R. PETERSON_____
                                                  Trustee

**FORM 1**

Case 08-03111 INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT 17:18:48 Desc Main
        Doc 36 Filed 08/24/09 Entered 08/24/09
        ASSET CASES
Document Page 3 of 8     Page: 1

Exhibit A

| Case No: | 08-03111 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|
| Case Name: | JONES, DOROTHY | | | Date Filed (f) or Converted (c): | 02/12/08 (f) |
| | | | | 341(a) Meeting Date: | 03/13/08 |
| For Period Ending: 07/09/09 | | | | Claims Bar Date: | 10/01/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Auto Worker Credit Union Savings Account | 0.00 | 0.00 | | 0.00 | 0.00 |
| 2. Chase Checking Account | 0.00 | 0.00 | | 0.00 | 0.00 |
| 3. Chase Savings Account | 0.00 | 0.00 | | 0.00 | 0.00 |
| 4. Sofa, Loveseat, TV, Dining Set, Pot & Pans, Small | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 5. Books and Pictures | 50.00 | 50.00 | | 0.00 | 50.00 |
| 6. Necessary Wearing Apparel | 200.00 | 200.00 | | 0.00 | 200.00 |
| 7. 1 Silver Necklace | 20.00 | 20.00 | | 0.00 | 20.00 |
| 8. Texas Life Insurance | 441.00 | 441.00 | | 0.00 | 441.00 |
| 9. Term Life Insurance Policy with Autoworker Credit | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10. 2007 Dodge Caliber w/48,800 miles | 13,150.00 | 13,150.00 | | 0.00 | 13,150.00 |
| 11. Personal injury Ortho Evra MultiDistrict Litigation Settled per court order | 0.00 | 300,000.00 | | 600,000.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 22.25 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $14,861.00 | $314,861.00 | | $600,022.25 | $14,861.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Personal injury law suit settled. The Trustee is prosecuting a Rule 9019 motion. The case appears to be 100% case.

Initial Projected Date of Final Report (TFR): 12/31/09     Current Projected Date of Final Report (TFR): 12/31/09

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 08-03111 -PSH | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | JONES, DOROTHY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0037 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6434 | | | |
| For Period Ending: | 07/09/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/20/09 | 11 | Schlichter Bogard & Denton Trust Account 100 Skouth 4th Street Suite 900 St. Louis Mo 63102 | | | 170,111.04 | | 170,111.04 |
| | 11 | SCHLICHTER BOGARD & DENTON | Memo Amount: 300,000.00 Gross Settlement of Ortho Evra Liti | 1242-000 | | | |
| | | ILLINOIS MEDICAID | Memo Amount: ( 205.06 ) Medicaid Lient | 4220-000 | | | |
| | | SCHLICTER, BOGARD & DENTON LLP | Memo Amount: ( 120,000.00 ) Attorney's Fees | 3210-000 | | | |
| | | ORTHO EVRA MDL 1742 COST | Memo Amount: ( 4,500.00 ) Ortho Evra MDL Fee | 2990-000 | | | |
| | | SCHOLICTER BOGARD & DENTON, LLP | Memo Amount: ( 5,183.90 ) Attorney's Expenses | 3220-000 | | | |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 0.27 | | 170,111.31 |
| 03/03/09 | | Transfer to Acct #*******0040 | Bank Funds Transfer | 9999-000 | | 15,000.00 | 155,111.31 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.65 | | 155,113.96 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 6.37 | | 155,120.33 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 6.58 | | 155,126.91 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 6.38 | | 155,133.29 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 300,000.00 | COLUMN TOTALS | 170,133.29 | 15,000.00 | 155,133.29 |
| Memo Allocation Disbursements: | 129,888.96 | Less: Bank Transfers/CD's | 0.00 | 15,000.00 | |
| | | Subtotal | 170,133.29 | 0.00 | |
| Memo Allocation Net: | 170,111.04 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 170,133.29 | 0.00 | |

Page Subtotals 170,133.29 15,000.00

UST Form 101-7-TFR (4/1/2009) *(Page: 4)*

Ver: 14.31b

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 08-03111 -PSH | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | JONES, DOROTHY | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0040  BofA - Checking Account |
| Taxpayer ID No: | *******6434 | | |
| For Period Ending: | 07/09/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/03/09 | | Transfer from Acct #*******0037 | Bank Funds Transfer | 9999-000 | 15,000.00 | | 15,000.00 |
| 03/03/09 | 003001 | Dorothy Jones | Personal injury exemption | 8100-002 | | 15,000.00 | 0.00 |
| | | Chicago, Illinois | Exemption on Personal Injury Suit | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | | 0.00 | COLUMN TOTALS | | 15,000.00 | 15,000.00 | 0.00 |
| Memo Allocation Disbursements: | | 0.00 | Less:  Bank Transfers/CD's | | 15,000.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 15,000.00 | |
| Memo Allocation Net: | | 0.00 | Less:  Payments to Debtors | | | 15,000.00 | |
| | | | Net | | 0.00 | 0.00 | |
| | | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | | 300,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | | 129,888.96 | Money Market Account (Interest Earn - *******0037 | | 170,133.29 | 0.00 | 155,133.29 |
| | | | BofA - Checking Account - *******0040 | | 0.00 | 0.00 | 0.00 |
| Total Memo Allocation Net: | | 170,111.04 | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 170,133.29 | 0.00 | 155,133.29 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    15,000.00    15,000.00

UST Form 101-7-TFR (4/1/2009) *(Page: 5)*

Ver: 14.31b

LFORM24

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-03111
Case Name: JONES, DOROTHY
Trustee Name: RONALD R. PETERSON

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| NA | $ |
|  | $ |
|  | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: RONALD R. PETERSON | $ | $ |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: NA | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

UST Form 101-7-TFR (4/1/2009) *(Page: 10)*

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other: NA* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *NA* | *NA* | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ _____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Heights Auto Workers Credit Union* | $ | $ |
| *000002* | *MERRICK BANK* | $ | $ |
| *000004* | *US Cash IL* | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000005 _____ | PYOD LLC its successors and assigns as assignee of | $ _____ | $ _____ |
| 000006 _____ | LVNV Funding LLC its successors and assigns as | $ _____ | $ _____ |
| 000007 _____ | eCAST Settlement Corporation assignee of | $ _____ | $ _____ |
| 000008 _____ | eCAST Settlement Corporation assignee of | $ _____ | $ _____ |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA_____ | NA_____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA_____ | NA_____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $_____ .