# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: § Case No. 08-03111 PSH
JONES, DOROTHY §
§
    Debtors §
§

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 300,028.84 |
| *and approved disbursements of* | $ | 144,888.96 |
| *leaving a balance of* | $ | 155,139.88 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: RONALD R. PETERSON* | $ 11,602.35 | $ 0.00 |
| *Attorney for trustee:* | $ | $ |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Fees:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:* | _____ | $_____ | $_____ |
| *Accountant for:* | _____ | $_____ | $_____ |
| *Appraiser for:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,197.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 103.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Heights Auto Workers Credit Union | $ 3,377.92 | $ 3,494.57 |
| 000002 | MERRICK BANK | $ 1,162.69 | $ 1,202.84 |
| 000004 | US Cash IL | $ 1,331.08 | $ 1,377.05 |
| 000005 | PYOD LLC its successors and assigns as assignee of | $ 435.18 | $ 450.21 |
| 000006 | LVNV Funding LLC its successors and assigns as | $ 701.24 | $ 725.46 |
| 000007 | eCAST Settlement Corporation assignee of | $ 1,102.59 | $ 1,140.67 |
| 000008 | eCAST Settlement Corporation assignee of | $ 2,086.53 | $ 2,158.59 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 132,981.88 .

      The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

            CLERK OF THE U.S. BANKRUPTCY COURT
            KENNETH S. GARDNER
            219 S. Dearborn St.
            Chicago, IL 60604

      Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/24/2009 in Courtroom 644,

            United States Courthouse

            Northern District of Illinois

            219 South Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 08/21/2009        By:/s/RONALD R. PETERSON
                                  Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK, 330 NORTH WABASH AVENUE, CHICAGO, IL 60611-7603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: vrowe                  Page 1 of 1                  Date Rcvd: Aug 25, 2009
Case: 08-03111                Form ID: pdf006              Total Noticed: 29


The following entities were noticed by first class mail on Aug 27, 2009.
 db           +Dorothy Jones,    6952 S. Vernon Ave., #2,    Chicago, IL 60637-4622
 aty          +Alfredo J Garcia,    Ledford & Wu,    200 South Michigan Avenue,    Suite 209,
                Chicago, IL 60604-2406
 tr           +Ronald R Peterson,    Jenner & Block LLP,    330 N. Wabash Avenue,    Chicago, IL 60611-7603
11943817       American General Finan,    1616 W 47th St,    Chicago, IL 60609
11943820      +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
11943823      +Chase,   201 N. Central Ave.,    Floor 11,    Phoenix, AZ 85004-0073
11943825       Commerce Bank,    PO Box 13607,    Kansas City, MO 64199
11943826      +Credit One Bank,    PO Box 60500,    City Of Industry, CA 91716-0500
11943827      +Direct Merchants Bank,    Attn: HSBC Card Services/Bankruptcy Dept,    Po Box 5246,
                Carol Stream, IL 60197-5246
11943828      +First Premier Bank,    Po Box 5524,    Sioux Falls, SD 57117-5524
11943829      +Firts National Bank of Marin/Credit One,    Customer Service,    Po Box 98873,
                Las Vegas, NV 89193-8873
11943831      +HSBC Card Services,    PO Box 17313,    Baltimore, MD 21297-1313
11943832      +HSBC Nv/GM Card,    Hsbc Card Srvs Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
11943819     +++Heights Auto Workers Credit Union,    21540 Cottage Grove,    Chicago Heights, IL 60411-4322
12054774      +MERRICK BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
11943833      +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
11943834      +Merrick Bank,    10705 S. Jordan Gateway,    Suite 200,    South Jordan, UT 84095-3977
12532074       PYOD LLC its successors and assigns as assignee of,    Washington Mutual,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11943835      +Salute/utb,    Po Box 105555,    Atlanta, GA 30348-5555
11943837      +US Cash IL,    The Loan Machine,    1809 Olive St,    St Louis, MO 63103-1722
11943836      +US Cash IL, LLC dba Loan Machine,    1567 Sibley Blvd.,    Calumet City, IL 60409-2304
11943838      +Washington Mutual / Providian,    Attn: Bankruptcy Dept.,    Po Box 10467,
                Greenville, SC 29603-0467
12658810       eCAST Settlement Corporation assignee of,    HSBC Bank NA Direct Merchants,    Credit Card Bank NA,
                POB 35480,    Newark NJ 07193-5480
12658809       eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
                Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Aug 26, 2009.
11943818       E-mail/PDF: CBP@AGFINANCE.COM Aug 26 2009 01:29:53     American General Finance,
                600 N. Royal Ave.,    Evansville, IN 47715
11943821       E-mail/Text: ngoodman@cashcall.com                            Cashcall,    PO Box 66007,
                Anaheim, CA 92816
11943822       E-mail/Text: ngoodman@cashcall.com                            Cashcall Inc,
                17360 Brookhurst Street,    Fountain Valley, CA 92708
11943824      +Fax: 602-221-4614 Aug 26 2009 01:58:10     Chase Auto Finance,    PO Box 78050,
                Phoenix, AZ 85062-8050
12532081       E-mail/Text: resurgentbknotifications@resurgent.com
                LVNV Funding LLC its successors and assigns as,    assignee of MHC Receivables LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11943830*     +Heights Auto Workers Credit Union,    21540 Cottage Grove,    Chicago Heights, IL 60411-4322
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 27, 2009**                            **Signature:** _Joseph Speetjens_