**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

In re: §
§
JONES, DOROTHY § Case No. 08-03111
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 10,754.45 | Claims Discharged Without Payment: |
| Total Expenses of Administration: 141,285.92 | |

3) Total gross receipts of $ 300,041.38 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 148,001.01 (see **Exhibit 2**), yielded net receipts of $ 152,040.37 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 205.06 | $ 205.06 | $ 205.06 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 141,285.92 | 141,285.92 | 141,285.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 10,197.23 | 10,197.23 | 10,549.39 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 151,688.21 | $ 151,688.21 | $ 152,040.37 |

4) This case was originally filed under chapter 7 on 02/12/2008. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/11/2010          By: /s/RONALD R. PETERSON
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury | 1242-000 | 300,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 41.38 |
| **TOTAL GROSS RECEIPTS** | | **$300,041.38** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Dorothy Jones | Exemptions | 8100-002 | 15,000.00 |
| Dorothy Jones | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 132,995.06 |
| Dorothy Jones | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 5.95 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 148,001.01** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS MEDICAID | 4220-000 | NA | 205.06 | 205.06 | 205.06 |
| TOTAL SECURED CLAIMS | | $NA | $ 205.06 | $ 205.06 | $ 205.06 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JENNER & BLOCK | 2100-000 | NA | 11,602.02 | 11,602.02 | 11,602.02 |
| ORTHO EVRA MDL 1742 COST | 2990-000 | NA | 4,500.00 | 4,500.00 | 4,500.00 |
| SCHLICTER, BOGARD & DENTON LLP | 3210-000 | NA | 120,000.00 | 120,000.00 | 120,000.00 |
| SCHOLICTER BOGARD & DENTON, LLP | 3220-000 | NA | 5,183.90 | 5,183.90 | 5,183.90 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $ 141,285.92 | $ 141,285.92 | $ 141,285.92 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $NA | $NA | $NA | $NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ECAST SETTLEMENT CORPORATION ASSIGN | 7100-000 | NA | 1,102.59 | 1,102.59 | 1,102.59 |
| ECAST SETTLEMENT CORPORATION ASSIGN | 7100-000 | NA | 2,086.53 | 2,086.53 | 2,086.53 |
| HEIGHTS AUTO WORKERS CREDIT UNION | 7100-000 | NA | 3,377.92 | 3,377.92 | 3,377.92 |
| LVNV FUNDING LLC ITS SUCCESSORS AND | 7100-000 | NA | 701.24 | 701.24 | 701.24 |
| MERRICK BANK | 7100-000 | NA | 1,162.69 | 1,162.69 | 1,162.69 |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 435.18 | 435.18 | 435.18 |
| US CASH IL | 7100-000 | NA | 1,331.08 | 1,331.08 | 1,331.08 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ECAST SETTLEMENT CORPORATION ASSIGN | 7990-000 | NA | NA | NA | 38.08 |
| ECAST SETTLEMENT CORPORATION ASSIGN | 7990-000 | NA | NA | NA | 72.06 |
| HEIGHTS AUTO WORKERS CREDIT UNION | 7990-000 | NA | NA | NA | 116.65 |
| LVNV FUNDING LLC ITS SUCCESSORS AND | 7990-000 | NA | NA | NA | 24.22 |
| MERRICK BANK | 7990-000 | NA | NA | NA | 40.15 |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7990-000 | NA | NA | NA | 15.03 |
| US CASH IL | 7990-000 | NA | NA | NA | 45.97 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ NA | $ 10,197.23 | $ 10,197.23 | $ 10,549.39 |

Page: 1

Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 08-03111   Judge: PAMELA S. HOLLIS
Case Name: JONES, DOROTHY
Trustee Name: RONALD R. PETERSON
Date Filed (f) or Converted (c): 02/12/08 (f)
341(a) Meeting Date: 03/13/08
Claims Bar Date: 10/01/08
For Period Ending: 06/11/10

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Auto Worker Credit Union Savings Account | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. Chase Checking Account | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Chase Savings Account | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Sofa, Loveseat, TV, Dining Set, Pot & Pans, Small | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 | 0.00 | 0.00 |
| 5. Books and Pictures | 50.00 | 50.00 | | 0.00 | 50.00 | 0.00 | 0.00 |
| 6. Necessary Wearing Apparel | 200.00 | 200.00 | | 0.00 | 200.00 | 0.00 | 0.00 |
| 7. 1 Silver Necklace | 20.00 | 20.00 | | 0.00 | 20.00 | 0.00 | 0.00 |
| 8. Texas Life Insurance | 441.00 | 441.00 | | 0.00 | 441.00 | 0.00 | 0.00 |
| 9. Term Life Insurance Policy with Autoworker Credit | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. 2007 Dodge Caliber w/48,800 miles | 13,150.00 | 13,150.00 | | 0.00 | 13,150.00 | 0.00 | 0.00 |
| 11. Personal injury | 0.00 | 300,000.00 | | 600,000.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 41.38 | Unknown | | |

TOTALS (Excluding Unknown Values)   $14,861.00   $314,861.00   $600,041.38   $14,861.00   $0.00   $0.00

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1EX    UST Form 101-7-TDR (9/1/2009) (Page: 7)    Ver: 15.02

Page: 2

Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:      08-03111          Judge: PAMELA S. HOLLIS
Case Name:    JONES, DOROTHY

Trustee Name:                              RONALD R. PETERSON
Date Filed (f) or Converted (c):           02/12/08 (f)
341(a) Meeting Date:                       03/13/08
Claims Bar Date:                           10/01/08

Personal injury law suit settled. The Trustee is prosecuting a Rule 9019 motion. The case appears to be 100% case. The Trustee is continuing to administer the case.

RE PROP# 11---Ortho Evra MultiDistrict Litigation Settled per court order

Initial Projected Date of Final Report (TFR): 12/31/09      Current Projected Date of Final Report (TFR): 08/24/09

_____   Date: _____
RONALD R. PETERSON

Page: 1

Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-03111 -PSH
Case Name: JONES, DOROTHY
Taxpayer ID No: ******6434
For Period Ending: 06/11/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******0037 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/27/09 | | Schlichter Bogard & Denton Trust Account 100 Skouth 4th Street Suite 900 St. Louis Mo 63102 | | | | 170,111.04 | | 170,111.04 |
| | 11 | SCHLICHTER BOGARD & DENTON | Memo Amount: Gross Settlement of Ortho Evra Liti | 300,000.00 | 1242-000 | | | |
| | | ILLINOIS MEDICAID | Memo Amount: Medicaid Lient | ( 205.06 ) | 4220-000 | | | |
| | | SCHLICTER, BOGARD & DENTON LLP | Memo Amount: Attorney's Fees | ( 120,000.00 ) | 3210-000 | | | |
| | | ORTHO EVRA MDL 1742 COST | Memo Amount: Ortho Evra MDL Fee | ( 4,500.00 ) | 2990-000 | | | |
| | 11 | SCHOLICTER BOGARD & DENTON, LLP | Memo Amount: Attorney's Expenses | ( 5,183.90 ) | 3220-000 | | | |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | | 1270-000 | 0.27 | | 170,111.31 |
| 03/03/09 | | Transfer to Acct #*******0040 | Bank Funds Transfer | | 9999-000 | | 15,000.00 | 155,111.31 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 1270-000 | 2.65 | | 155,113.96 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 1270-000 | 6.37 | | 155,120.33 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 1270-000 | 6.58 | | 155,126.91 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 1270-000 | 6.38 | | 155,133.29 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 1270-000 | 6.59 | | 155,139.88 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 1270-000 | 6.59 | | 155,146.47 |
| 09/29/09 | | Transfer to Acct #*******0040 | Bank Funds Transfer | | 9999-000 | | 155,146.47 | 0.00 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 1270-000 | 5.95 | | 5.95 |
| 10/14/09 | | Transfer to Acct #*******0040 | Bank Funds Transfer | | 9999-000 | | 5.95 | 0.00 |

Page Subtotals  170,152.42  170,152.42

UST Form 101-7-TDR (9/1/2009) (Page: 9)

LFORM24   Ver: 15.02

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No: | 08-03111 -PSH | | | Trustee Name: | RONALD R. PETERSON | |
|---|---|---|---|---|---|---|
| Case Name: | JONES, DOROTHY | | | Bank Name: | BANK OF AMERICA, N.A. | |
| Taxpayer ID No: | *******6434 | | | Account Number / CD #: | *******0037 Money Market Account (Interest Earn | |
| For Period Ending: | 06/11/10 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| | | | COLUMN TOTALS | | 170,152.42 | 170,152.42 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 170,152.42 | |
| | | | Subtotal | | 170,152.42 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 170,152.42 | 0.00 | |
| | | | Memo Allocation Receipts: | 300,000.00 | | | |
| | | | Memo Allocation Disbursements: | 129,888.96 | | | |
| | | | Memo Allocation Net: | 170,111.04 | | | |

Page Subtotals     0.00     0.00

UST Form 101-7-TDR (9/1/2009) (Page: 10)

Ver: 15.02

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

| Case No: | 08-03111 -PSH |
| --- | --- |
| Case Name: | JONES, DOROTHY |
| Taxpayer ID No: | *******6434 |
| For Period Ending: | 06/1/10 |

| Trustee Name: | RONALD R. PETERSON |
| --- | --- |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0040  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/03/09 | | Transfer from Acct #*******0037 | Bank Funds Transfer | 9999-000 | 15,000.00 | | 15,000.00 |
| 03/03/09 | 003001 | Dorothy Jones<br>Chicago, Illinois | Personal injury exemption<br>Exemption on Personal Injury Suit | 8100-002 | | 15,000.00 | 0.00 |
| 09/29/09 | | Transfer from Acct #*******0037 | Bank Funds Transfer | 9999-000 | 155,146.47 | | 155,146.47 |
| 09/29/09 | 003002 | Jenner & Block<br>351 North Clark Street<br>Chicago, Il 60654 | | 2100-000 | | 11,602.02 | 143,544.45 |
| 09/29/09 | 003003 | Heights Auto Workers Credit Union<br>21540 Cottage Grove<br>Chicago Heights, IL 60411 | Claim       3,377.92<br>Interest       116.65 | | | 3,494.57 | 140,049.88 |
| 09/29/09 | 003004 | MERRICK BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim       1,162.69<br>Interest       40.15 | 7100-000<br>7990-000 | | 1,202.84 | 140,049.88<br>140,049.88<br>138,847.04 |
| 09/29/09 | 003005 | US Cash IL<br>The Loan Machine<br>1809 Olive St<br>St Louis, MO 63103 | Claim       1,331.08<br>Interest       45.97 | 7100-000<br>7990-000 | | 1,377.05 | 138,847.04<br>138,847.04<br>137,469.99 |
| 09/29/09 | 003006 | PYOD LLC its successors<br>and assigns as assignee of<br>Washington Mutual<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim       435.18<br>Interest       15.03 | 7100-000<br>7990-000 | | 450.21 | 137,469.99<br>137,469.99<br>137,019.78<br>137,019.78<br>137,019.78 |
| | | | | Page Subtotals | 170,146.47 | 33,126.69 | |

UST Form 101-7-TDR (9/1/2009) (Page: 11)

Ver: 15.02
LFORM24

Exhibit 9

Page: 4

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-03111 -PSH
Case Name: JONES, DOROTHY
Taxpayer ID No: \*\*\*\*\*\*\*6434
For Period Ending: 06/11/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: \*\*\*\*\*\*\*0040 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/29/09 | 003007 | LVNV Funding LLC its successors and assigns as assignee of MHC Receivables LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | | | | | 725.46 | 136,294.32 |
| 09/29/09 | 003008 | eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark NJ 07193-5480 | Claim Interest (7-1) Credit Card Debt | 701.24 24.22 | 7100-000 7990-000 | | 1,140.67 | 136,294.32 135,153.65 |
| 09/29/09 | 003009 | eCAST Settlement Corporation assignee of HSBC Bank NA Direct Merchants Credit Card Bank NA POB 35480 Newark NJ 07193-5480 | Claim Interest (8-1) Credit Card Debt | 1,102.59 38.08 | 7100-000 7990-000 | | 2,158.59 | 135,153.65 132,995.06 |
| 09/29/09 | 003010 | Dorothy Jones | Claim Interest | 2,086.53 72.06 | 7100-000 7990-000 | | 132,995.06 | 135,153.65 132,995.06 |
| 10/14/09 | | Transfer from Acct #\*\*\*\*\*\*\*0037 | Bank Funds Transfer | | 8200-002 9999-000 | 5.95 | 0.00 | 132,995.06 5.95 |
| 10/14/09 | 003011 | Dorothy Jones | Accrued Interest | | 8200-002 | | 5.95 | 0.00 |

Page Subtotals 5.95 137,025.73

UST Form 101-7-TDR (9/1/2009) (Page: 12)

LFORM24 Ver: 15.02

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit 9

Case No: 08-03111 -PSH
Case Name: JONES, DOROTHY
Taxpayer ID No: ******6434
For Period Ending: 06/11/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0040 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | Memo Allocation Receipts: | | 0.00 | | |
| | | | Memo Allocation Disbursements: | | | 0.00 | |
| | | | Memo Allocation Net: | | 0.00 | | |
| | | | COLUMN TOTALS | | 170,152.42 | 170,152.42 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 170,152.42 | 0.00 | |
| | | | Subtotal | | 0.00 | 170,152.42 | |
| | | | Less: Payments to Debtors | | | 148,001.01 | |
| | | | Net | | 0.00 | 22,151.41 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********0037 | 170,152.42 | 0.00 | 0.00 |
| BofA - Checking Account - ********0040 | 0.00 | 22,151.41 | 0.00 |
| | 170,152.42 | 22,151.41 | |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand 0.00 |

Total Allocation Receipts: 300,000.00
Total Allocation Disbursements: 129,888.96
Total Memo Allocation Net: 170,111.04

Page Subtotals 0.00 0.00

UST Form 101-7-TDR (9/1/2009) (Page: 13)
LFORM24
Ver: 15.02